UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GUSTAVO NEVES REVKOLEVSKY,
                           Petitioner(s).

           22 civ 7444 (JGK)

      -against-

           **ORDER**

UR M. JADDOU, et al.
                           Respondent(s).
-------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

    A petition for writ of mandamus has been filed with the Court.

    It is hereby ordered that the Government shall answer the petition by **December 19, 2022.**

    A conference in this matter will be held on **Tuesday, January 24, 2023, at 2:30pm.**

**Dial-in: 888 363-4749. Access code: 8140049.**

**SO ORDERED.**

                                                   **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         October 19, 2022