

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 12, 2022

VIA ECF
Hon. John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

> [Handwritten annotation:] Time to respond to the petition extended to February 17, 2023. The 1/24/23 conference is canceled. The parties shall provide a status report to the Court by February 24, 2023. So ordered.
> /s/ John G. Koeltl
> U.S.D.J.
> 12/12/22

Re: *Revkolevsky v. U.S. Citizenship and Immigration Services, et al.*, 22 Civ. 7444 (JGK)

Dear Judge Koeltl:

This Office represents the government in this action in which the petitioner seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate a Petition by Investor to Remove Conditions on Permanent Resident Status (Form I-829). I write respectfully in response to the Court's October 19, 2022 order requiring the government to respond to the petition by December 19, 2022. ECF No. 10. I respectfully request a sixty-day extension of the time to respond to the petition (*i.e.*, from December 19, 2022, to February 17, 2023). In addition, I respectfully request that the initial status conference presently scheduled for January 24, 2023, be rescheduled to the week of March 6, 2023, or thereafter (with a corresponding extension of time for the preconference submission).

I respectfully request this extension and adjournment because this Office was not aware of this case and only learned of the petition last week through USCIS. Although the affidavits of service state that this Office received service on September 26, 2022, we have not yet located service and apologize if the documents were misplaced or misrouted. Additionally, the government needs time to review the petition, confer with USCIS, and determine next steps. This is the government's first request for an extension and adjournment. The petitioner consents to these requests.

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *s/ Jacqueline Roman*
JACQUELINE ROMAN
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (347) 714-3363
E-mail: jacqueline.roman@usdoj.gov

Case 1:22-cv-07444-JGK   Document 13   Filed 12/12/22   Page 2 of 2
Case 1:22-cv-07444-JGK   Document 12   Filed 12/12/22   Page 2 of 2

Page 2

*Attorney for Respondents*

cc: Counsel of record (via ECF)